MICHAEL R. SHERWOOD, State Bar No. 63702
ANDREA A. TREECE, State Bar No. 237639
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
msherwood@earthjustice.org
atreece@earthjustice.org
Telephone:  (510) 550-6725
Facsimile:  (510) 550-6749

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CARLOS M. GUTIERREZ, *et al.*, <br><br> Defendants. | Case No.: C-05-3232 JCS <br><br> **STIPULATION AND ORDER CONTINUING MOTION TO INTERVENE HEARING DATE TO OCTOBER 28, 2005** |

WHEREAS, California Farm Bureau Federation ("Farm Bureau") has moved to intervene in this case and has noticed a hearing on its motion for October 14, 2005, and

WHEREAS, another entity, San Luis & Delta-Mendota Water Authority and Westlands Water District, has also moved to intervene, but has noticed the hearing on its motion for October 28, 2005, before Judge Spero, and

WHEREAS, the parties agree that it would best serve the interests of the court and the parties for both motions to be heard at the same time,

/ / /

/ / /

/ / /

STIPULATION AND [~~PROPOSED~~] ORDER -- C-05-3232 JCS       1

1    NOW THEREFORE the parties hereby stipulate that the hearing date on the Farm Bureau's motion to intervene be continued to October 28, 2005.

DATED: September 22, 2005

/s/ Michael R. Sherwood

Counsel for Plaintiffs
Pacific Coast Federation of Fishermen's Associations, *et al.*

/s/ James A. Maysonett (as authorized on 9/22/05)
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar No. 463856)
Environment & Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216
Facsimile: (202) 305-0275

Attorneys for the Federal Defendants

/s/ Brenda Jahns Southwick (as authorized on 9/22/05)
BRENDA JAHNS SOUTHWICK, State Bar No. 133087
RONDA AZEVEDO LUCAS, State Bar No. 222244
2300 River Plaza Drive
Sacramento, California 95833
Telephone: (916) 561-5665
Facsimile: (916) 561-5691

Attorneys for Proposed Defendant-Intervenors
California Farm Bureau Federation

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 9/26/05

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER -- C-05-3232 JCS                                                 2