

U.S. Department of Justice

Environment and Natural Resources Division

90-8-6-05315

*Wildlife and Marine Resources Section*
*P.O. Box 7369*
*Ben Franklin Station*
*Washington, DC 20044-7369*

*Telephone (202) 305-0210*
*Facsimile (202) 305-0275*

October 7, 2005

**By Federal Express**

The Honorable Joseph C. Spero, United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Pacific Coast Federation of Fisherman's Associations v. Gutierrez*, Case No. C-05-03232 (JCS)

Dear Judge Spero,

By its order of September 26, 2005, the Court has scheduled a hearing on the pending motions for intervention by the California Farm Bureau Federation and the San Luis & Delta-Mendota Water Authority and Westlands Water District on October 28, 2005 at 9:30 a.m. As the proposed intervenors have represented in their motions, Federal Defendants take no position on these pending motions. As counsel for Federal Defendants, I do not intend to make arrangements to attend this hearing, unless the Court deems it necessary for me to do so, because the Federal Defendants take no position on the issue and because we would incur significant travel costs to attend. Of course, if the Court believes that it is necessary for counsel for the Federal Defendants to attend this hearing, we will. In that case, we ask that we be allowed to do so by telephone.

Respectfully submitted,

Dated: October 7, 2005

JAMES A. MAYSONETT, Trial Attorney (D.C. Bar # 463856)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216
Facsimile: (202) 305-0275

cc:    All Counsel of Record (by e-mail and regular mail) (incl. counsel for prop. intervenors)

IT IS SO ORDERED

Joseph C. Spero, Magistrate Judge
Date 10/11/05