KEVIN V. RYAN, United States Attorney (SBN 118321)
JAMES CODA, Assistant United States Attorney (SBN 1012669 (WI))
Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
KELLY A. JOHNSON, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar No. 463856)
Environment & Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216
Facsimile:(202) 305-0275
Attorneys for the Federal Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PACIFIC COAST FEDERATION OF )
FISHERMAN'S ASSOCIATIONS, et al., )
                              )    Case No.: C-05-03232-JCS
      Plaintiffs, )
                              )
v.                            )    **JOINT STIPULATION OF**
                              )    **EXTENSION OF TIME TO ANSWER**
CARLOS M. GUTIERREZ, et al., )    **COMPLAINT**
                              )
      Defendants. )
_____ )

       Plaintiffs Pacific Coast Federation of Fishermen's Associations et al. ("Plaintiffs") and Defendants Carlos M. Gutierrez et al. ("Federal Defendants"), by and through their undersigned counsel, say as follows:

       WHEREAS, Federal Defendants are allocated 60 days from service of Plaintiffs' Complaint in which to file and serve their answer;

       WHEREAS, the Complaint was served on the United States Attorney on August 11, 2005, and therefore Federal Defendants' answer is currently due on October 11, 2005;

       WHEREAS, there have been no previous extensions of time for Federal Defendants to file and serve their answer;

       WHEREAS, Plaintiffs' counsel have consented to an extension of time of three (3) weeks, until November 1, 2005; and,

       WHEREAS, this agreement shall not otherwise affect the schedule of this case.

THE PARTIES THEREFORE hereby notify the Court that the parties have stipulated to a three (3) week calendar day extension of time, running from October 11, 2005, for the Federal Defendant to answer, or otherwise respond, to Plaintiffs' Complaint. With that extension, Federal Defendants' response is now due on November 1, 2005.

Respectfully submitted this 11th day of October, 2005,

KEVIN V. RYAN, U.S. Attorney (SBN 118321)
JAMES CODA, AUSA (SBN 1012669 (WI))
Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
KELLY A. JOHNSON, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

/s/ James A. Maysonett
_____
JAMES A. MAYSONETT
Trial Attorney (D.C. Bar No. 463856)
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216
Facsimile:(202) 305-0275
Attorneys for the Federal Defendants


/s/ Michael R. Sherwood
_____
MICHAEL R. SHERWOOD
Counsel for Plaintiffs
Pacific Coast Federation of Fishermen's Associations, et al.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

October 12, 2005
Date

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

- 2 -