**United States District Court**

For the Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6  PACIFIC COAST FEDERATION, ET AL.,

7           Plaintiff(s),

8      v.

9  CARLOS M. GUTIERREZ, ET AL.,

10          Defendant(s).

11  _____/

12  SAN LUIS & DELTA MENDOTA WATER
    AUTHORITY, WESTLANDS WATER
13  DISTRICT, AND CALIFORNIA FARM
    BUREAU FEDERATION,
14

15          Intervenors/Defendants.

16  _____/

17  GLENN-COLUSA IRRIGATION DISTRICT,
    ET AL.,
18

19          [Proposed] Intervenors.

20  _____/

Case No.  C05-3232 JCS

**ORDER GRANTING IN PART, DENYING
IN PART INTERVENOR-DEFENDANTS
SAN LUIS & DELTA-MENDOTA WATER
AUTHORITY AND WESTLANDS WATER
DISTRICT'S MOTION TO CHANGE
TIME FOR CASE MANAGEMENT
CONFERENCE AND HEARING OF
MOTION TO INTERVENE [Docket No.
67]**

21      On November 17, 2005, Intervenor Defendants San Luis & Delta Mendota Water Authority and

22  Westlands Water District filed a Motion to Change Time for Case Management Conference and Hearing of

23  Motion to Intervene (the "Motion").

24      IT IS HEREBY ORDERED that the Motion is GRANTED IN PART.  The hearing on the

25  Proposed Intervenors Glenn-Colusa Irrigation District, et al.'s Motion to Intervene, Initial Case

26  Management Conference, Federal Defendants' Motion to Transfer and Intervenor Defendants' Motion for

27  Joinder of Motion to Transfer shall be heard on **January 20, 2006, at 1:30 p.m.**  Regardless of whether

28  the Court reschedules the hearing date, all opposition and reply papers shall

1     be timely filed according to the originally noticed hearing date, pursuant to Civil L.R. 7-3.  The remainder of

2     the Motion is DENIED.

3         IT IS SO ORDERED.

4

5     Dated:  November 29, 2005

6

7                               JOSEPH C. SPERO

8                               United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2