| | |
|---|---|
| 1 | MICHAEL R. SHERWOOD, State Bar No. 63702 |
|   | ANDREA A. TREECE, State Bar No. 237639 |
| 2 | Earthjustice |
|   | 426 17th Street, 5th Floor |
| 3 | Oakland, CA  94612 |
|   | E-mail: msherwood@earthjustice.org |
| 4 |        atreece@earthjustice.org |
|   | Telephone:  (510) 550-6725 |
| 5 | Facsimile:  (510) 550-6749 |

Attorneys for Plaintiffs

HAMILTON CANDEE, State Bar No. 111376
KATHERINE S. POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA  94104
E-mail: hcandee@nrdc.org
Telephone:  (415) 875-6100
Facsimile:  (415) 875-6161

Attorneys for Plaintiff NRDC

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, | Case No.: C-05-3232 JCS |
| Plaintiffs, | **STIPULATED REQUEST FOR ORDER ENLARGING TIME TO RESPOND TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce *et al.*, | |
| Defendants, | |
| and | |
| CALIFORNIA FARM BUREAU FEDERATION, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, and WESTLANDS WATER DISTRICT, | |
| Intervenor-Defendants. | |

Stipulated Request for Order Enlarging Time to Respond to Administrative Motion
to Consider Whether Cases Should be Related– C-05-3232 JCS

|   |   |
|---|---|
| 1 | On December 27, 2005, defendant-intervenors San Luis & Delta Mendota Water Authority, *et al.* filed an administrative motion under Civil Local Rule 3-12 to consider whether this case is related to a subsequently filed case pending in this District Court: *Planning and Conservation League v. U.S. Bureau of Reclamation*, No. 05-3527 CW. Under Civil Local Rules 3-12(e) and 7-11(b), any response by plaintiffs Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Resources, *et al.* (collectively, "PCFFA"), to defendant-intervenors' administrative motion must be filed within 3 days – in this case by December 30, 2005. |

On December 27, 2005, defendant-intervenors San Luis & Delta Mendota Water Authority, *et al.* filed an administrative motion under Civil Local Rule 3-12 to consider whether this case is related to a subsequently filed case pending in this District Court: *Planning and Conservation League v. U.S. Bureau of Reclamation*, No. 05-3527 CW. Under Civil Local Rules 3-12(e) and 7-11(b), any response by plaintiffs Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Resources, *et al.* (collectively, "PCFFA"), to defendant-intervenors' administrative motion must be filed within 3 days – in this case by December 30, 2005.

As set forth in the accompanying Declaration of Gregory C. Loarie, counsel of record for PCFFA, Michael R. Sherwood and Andrea A. Treece, are out of the office during the week of the December 27, 2005 and are not expected to return until January 3, 2006. Accordingly, pursuant to Civil Local Rule 6-2(a), PCFFA respectfully requests that the Court enlarge the time for filing its response by three business days to January 5, 2006. Undersigned counsel for defendant-intervenors stipulates to the requested extension. PCFFA was unable to reach counsel for Federal Defendants.

Respectfully submitted,

Dated: December 28, 2005
/s/ Gregory C. Loarie (CSB No. 215859) for
MICHAEL R. SHERWOOD
ANDREA A. TREECE
Attorneys for Plaintiffs Pacific Coast Fed'n of Fishermen's Associations/Institute for Fisheries Resources, *et al.*

Dated: December 28, 2005
/s/ Jon D. Rubin  (as authorized Dec. 28, 2005)
DANIEL J. O'HANLON, State Bar No. 122380
JON D. RUBIN, State Bar No. 196944
KRONICK, MOSKOVITZ, TIEDEMANN & GERARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4416
Tel: (916) 321-4500 / FAX: (916) 321-4555
Attorneys for Defendant-Intervenors San Luis & Delta Mendota Water Authority, *et al.*

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiffs shall file any response to the December 28, 2005 Administrative Motion to Consider Whether Cases Should be Related on or before January 5, 2006.

Dated: December 30, 2005
/s/ Vaughn R. Walker, for
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Stipulated Request for Order Enlarging Time to Respond to Administrative Motion to Consider Whether Cases Should be Related– C-05-3232 JCS

1