```
 1  ANTONIO ROSSMANN (Bar No. 51471)
    ROGER B. MOORE (Bar No. 159992)
 2  DAVID R. OWEN (Bar. No. 222314)
    ROSSMANN AND MOORE, LLP
 3  380 Hayes Street, Suite One
    San Francisco, CA 94102
 4  Telephone: (415) 861-1401
    Fax: (415) 861-1822
 5
    Attorney for Planning and Conservation League
 6  [Plaintiff in Case No. C-05-3527 CW]
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce *et al.*,<br><br>Defendants,<br><br>and<br><br>CALIFORNIA FARM BUREAU FEDERATION, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, and WESTLANDS WATER DISTRICT,<br><br>Intervenor-Defendants. | Case No.: C-05-3232 JCS<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME TO RESPOND TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER THIS CASE SHOULD BE RELATED TO CASE C-05-3527 CW** |

Stipulated Request to Enlarge Time to Respond to Administrative Motion to Consider Whether Cases Should be Related– C-05-3232 JCS

1     On December 27, 2005, defendant-intervenors San Luis & Delta Mendota Water Authority, *et al.* filed an administrative motion under Civil Local Rule 3-12 to consider whether this case is related to a subsequently filed case pending in this District Court: *Planning and Conservation League v. U.S. Bureau of Reclamation*, No. 05-3527 CW.  Under Civil Local Rules 3-12(e) and 7-11(b), any responses to defendant-intervenors' administrative motion must be filed in the earliest-filed action (here, Case 05-3527) within three days – in this case by December 30, 2005.

     Pursuant to Civil Local Rule 6-2(a), the undersigned counsel for the parties in both this case and Case No. 05-3527 CW hereby stipulate to request that the Court enlarge the time for filing Planning and Conservation League's responses to defendant-intervenors' administrative motion by three business days to January 5, 2006.  As set forth in the accompanying Declaration of Roger B. Moore, the reason for the request is that counsel who has been principally responsible for this action, Dave Owen, has been out of the office all of this week and will not return until next Tuesday.  The only other attorneys in this office, Roger B. Moore and Antonio Rossmann, must devote their full efforts for the rest of this week to end-of-the-year accounting and are also unavailable. The requested three-day extension is not expected to affect the schedule for the case.

Stipulated Request to Enlarge Time to Respond to Administrative Motion to Consider Whether Cases Should be Related– C-05-3232 JCS                    1

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 3 | Dated: December 29, 2005 | /s/ Roger B. Moore |
| | | ANTONIO ROSSMANN, State Bar No. 51471 |
| 4 | | ROGER B. MOORE, State Bar No. 159992 |
| | | DAVID R. OWEN, State Bar No. 222314 |
| 5 | | 380 Hayes Street |
| | | San Francisco, CA 94102 |
| 6 | | Telephone: (415) 861-1401 |
| | | Facsimile: (415) 861-1822 |
| 8 | | Attorneys for Plaintiffs Planning & Conservation League |
| | | in Case No. 05-3527 CW |
| 10 | Dated: December 29, 2005 | /s/ Gregory C. Loarie (CSB No. 215859) for |
| | | MICHAEL R. SHERWOOD |
| | | ANDREA A. TREECE |
| 11 | | Earthjustice |
| | | 426 17th Street, Fifth Floor |
| 12 | | Oakland, CA 94612 |
| 13 | | Attorneys for Plaintiffs Pacific Coast Federation of |
| | | Fishermen's Associations/Institute for Fisheries Resources, |
| 14 | | *et al.* |
| 15 | | HAMILTON CANDEE |
| | | KATHERINE S. POOLE |
| 16 | | Natural Resources Defense Council |
| | | 111 Sutter Street, 20th Floor |
| 17 | | San Francisco, CA 94104 |
| 18 | | Attorneys for Plaintiff Natural Resources Defense Council |
| 20 | Dated: December 29, 2005 | KELLY A. JOHNSON, Acting Assistant Attorney General |
| | | JEAN E. WILLIAMS, Section Chief |
| 22 | | /s/ James A. Maysonett |
| | | JAMES A. MAYSONETT (D.C. Bar No. 463856) |
| 23 | | Trial Attorney |
| | | Environment & Natural Resources Division |
| 24 | | U.S. Department of Justice |
| 25 | | Benjamin Franklin Station, P.O. Box 7369 |
| | | Washington, D.C. 20044-7369 |
| 26 | | Telephone: (202) 305-0216 |
| | | Facsimile: (202) 305-0275 |
| 28 | | Attorneys for Federal Defendants |

Stipulated Request to Enlarge Time to Respond to Administrative Motion
to Consider Whether Cases Should be Related– C-05-3232 JCS

2

1
2
3   Dated: December 29, 2005          /s/ Jon D. Rubin
                                      DANIEL J. O'HANLON, State Bar No. 122380
4                                     JON D. RUBIN, State Bar No. 196944
                                      KRONICK, MOSKOVITZ, TIEDEMANN & GERARD
5                                     400 Capitol Mall, 27th Floor
                                      Sacramento, CA 95814-4416
6                                     Telephone: (916) 321-4500
                                      Facsimile: (916) 321-4555
7
                                      Attorneys for Defendant-Intervenors San Luis & Delta
8                                     Mendota Water Authority, *et al.*
9
10
              PURSUANT TO STIPULATION, IT IS SO ORDERED,
11
12
    Dated: December 30, 2005           /s/ Vaughn R. Walker for
13                                     JOSEPH C. SPERO
                                       UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulated Request to Enlarge Time to Respond to Administrative Motion                    3
to Consider Whether Cases Should be Related– C-05-3232 JCS