SOMACH, SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN: 090959)
ANDREW M. HITCHINGS, ESQ. (SBN: 154554)
813 Sixth Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorneys for [Proposed] Intervenor
GLENN-COLUSA IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CARLOS M. GUTIERREZ, et al.<br><br>　　　　Defendants. | Case No. C-05-03232 JCS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR INTERVENTION BY GLENN-COLUSA IRRIGATION DISTRICT, ET AL.<br><br>DATE:　　January 20, 2006<br>TIME:　　1:30 p.m.<br>COURTROOM:　A<br>JUDGE:　Hon. Joseph C. Spero |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, and CALIFORNIA FARM BUREAU FEDERATION,<br><br>　　　　Intervenors/Defendants. | |
| GLENN-COLUSA IRRIGATION DISTRICT, et al.<br><br>　　　　[Proposed] Intervenors. | |

　　　　WHEREAS, Glenn-Colusa Irrigation District, Princeton-Codora-Glenn Irrigation District, Reclamation District 108, Natomas Central Mutual Water Co., Provident Irrigation District, Pelger Mutual Water Co., River Garden Farms, and Pleasant Grove-Verona Mutual Water Company (collectively "Applicants") have timely filed a motion to intervene in this case as Intervenors/ Defendants, and the parties in this case have completed their pre-hearing briefing on Applicants' motion to intervene.

WHEREAS, the Applicants have acknowledged in their Reply Memorandum in Support of Motion to Intervene that their intervention in this case can be limited to the remedial aspects of the case, and for the purposes of participating in any related settlement proceedings.

WHEREAS, Plaintiffs Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Resources, *et al.* ("PCFFA"), the Federal Defendants Carlos M. Gutierrez, in his capacity as Secretary of Commerce, William T. Hogarth, in his capacity as Assistant Administrator for Fisheries, National Marine Fisheries Service, National Oceanic and Atmospheric Association, Gale Norton, in her capacity as Secretary of the Interior, and John W. Keys, in his capacity as Commissioner, United States Bureau of Reclamation (collectively "Federal Defendants"), and the existing intervenors San Luis & Delta-Mendota Water Authority, Westlands Water District, and the California Farm Bureau Federation ("Existing Intervenors") agree that Applicants should be granted such limited intervention in this case.

NOW, THEREFORE, it is hereby stipulated by and between Applicants, Plaintiffs PCFFA, Federal Defendants and Existing Intervenors, through their respective counsel, as follows:

1. Applicants shall be granted intervention in this action, but with such intervention limited to the remedial aspects of the litigation. This limited intervention shall include the right to fully participate in any remedy phase of this case. This limited intervention shall also include the rights to fully participate in any other remedial aspects of the case that could impact or otherwise affect the Applicants' rights under their Sacramento River Settlement Contracts with the United States.

2. Applicants shall have the opportunity to fully participate in any court proceedings related to approval or implementation of any settlement of this case, at any time during this case.

3. Applicants shall be permitted to promptly file their answer in intervention to the Plaintiffs' Complaint for Declaratory and Injunctive Relief herein.

///
///
///
///
///

4. This Stipulation may be executed by way of counterpart signatures and/or by way of facsimile signatures.

DATED: December 27, 2005

SOMACH, SIMMONS & DUNN
A Professional Corporation

By _____
Andrew M. Hitchings
Attorneys for [Proposed] Intervenor
GLENN-COLUSA IRRIGATION DISTRICT

DATED: December 14, 2005

FROST, KRUP AND ATLAS

By _____
J. Mark Atlas
Attorneys for [Proposed] Intervenors
PRINCETON-CODORA-GLENN IRRIGATION
DISTRICT and PROVIDENT IRRIGATION
DISTRICT

DOWNEY BRAND LLP

DATED: December ___, 2005

By _____
Kevin M. O'Brien
Attorneys for [Proposed] Intervenors
RECLAMATION DISTRICT 108, NATOMAS
CENTRAL MUTUAL WATER CO., PELGER
MUTUAL WATER CO., RIVER GARDEN
FARMS, and PLEASANT GROVE-VERONA
MUTUAL WATER COMPANY

DATED: December ___, 2005

_____
MICHAEL SHERWOOD
ANDREA A. TREECE
TRENT W. ORR
Attorneys for Plaintiffs
PACIFIC COAST FEDERATION OF
FISHERMEN'S ASSOCIATIONS/INSTITUTE
FOR FISHERIES RESOURCES, et al.

HAMILTON CANDEE
KATHERINE S. POOLE
Attorneys for Plaintiff
NATURAL RESOURCES DEFENSE COUNCIL

1     4.    This Stipulation may be executed by way of counterpart signatures and/or by way of
2 facsimile signatures.

|||
|---|---|
| | SOMACH, SIMMONS & DUNN<br>A Professional Corporation |
| DATED: December __, 2005 | By_____<br>Andrew M. Hitchings<br>Attorneys for [Proposed] Intervenor<br>GLENN-COLUSA IRRIGATION DISTRICT |
| | FROST, KRUP AND ATLAS |
| DATED: December __, 2005 | By_____<br>J. Mark Atlas<br>Attorneys for [Proposed] Intervenors<br>PRINCETON-CODORA-GLENN IRRIGATION<br>DISTRICT and PROVIDENT IRRIGATION<br>DISTRICT |
| | DOWNEY BRAND LLP |
| DATED: December 26, 2005 | By /s/ Kevin M. O'Brien<br>Kevin M. O'Brien<br>Attorneys for [Proposed] Intervenors<br>RECLAMATION DISTRICT 108, NATOMAS<br>CENTRAL MUTUAL WATER CO., PELGER<br>MUTUAL WATER CO., RIVER GARDEN<br>FARMS, and PLEASANT GROVE-VERONA<br>MUTUAL WATER COMPANY |
| DATED: December __, 2005 | _____<br>MICHAEL SHERWOOD<br>ANDREA A. TREECE<br>TRENT W. ORR<br>Attorneys for Plaintiffs<br>PACIFIC COAST FEDERATION OF<br>FISHERMEN'S ASSOCIATIONS/INSTITUTE<br>FOR FISHERIES RESOURCES, et al.<br><br>HAMILTON CANDEE<br>KATHERINE S. POOLE<br>Attorneys for Plaintiff<br>NATURAL RESOURCES DEFENSE COUNCIL |

1  4.  This Stipulation may be executed by way of counterpart signatures and/or by way of
2  facsimile signatures.

3
4  SOMACH, SIMMONS & DUNN
   A Professional Corporation
5
6  DATED: December __, 2005   By_____
   Andrew M. Hitchings
   Attorneys for [Proposed] Intervenor
7  GLENN-COLUSA IRRIGATION DISTRICT

8
9  FROST, KRUP AND ATLAS

10 DATED: December __, 2005   By_____
   J. Mark Atlas
11 Attorneys for [Proposed] Intervenors
   PRINCETON-CODORA-GLENN IRRIGATION
12 DISTRICT and PROVIDENT IRRIGATION
   DISTRICT

13
14 DOWNEY BRAND LLP

15
16 DATED: December __, 2005   By_____
   Kevin M. O'Brien
   Attorneys for [Proposed] Intervenors
17 RECLAMATION DISTRICT 108, NATOMAS
   CENTRAL MUTUAL WATER CO., PELGER
18 MUTUAL WATER CO., RIVER GARDEN
   FARMS, and PLEASANT GROVE-VERONA
19 MUTUAL WATER COMPANY

20
21
22 DATED: December 15, 2005   _____
   MICHAEL SHERWOOD
23 ANDREA A. TREECE
   TRENT W. ORR
24 Attorneys for Plaintiffs
   PACIFIC COAST FEDERATION OF
25 FISHERMEN'S ASSOCIATIONS/INSTITUTE
   FOR FISHERIES RESOURCES, et al.

26 HAMILTON CANDEE
   KATHERINE S. POOLE
27 Attorneys for Plaintiff
   NATURAL RESOURCES DEFENSE COUNCIL
28

STIP. AND [PROPOSED] ORDER FOR INTERVENTION BY GCID, ET AL.   3

```
                              SUE ELLEN WOOLDRIDGE
                              Assistant Attorney General
                              JEAN E. WILLIAMS, Section Chief
                              SETH BARSKY, Assistant Section Chief
```

DATED: December 27, 2005

_____
JAMES A. MAYSONETT,
Trial Attorney (D.C. Bar No. 463856)
Environment & Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216
Facsimile: (202) 305-0275
Attorneys for The Federal Defendants

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

DATED: December 21, 2005

By _____
Daniel J. O'Hanlon
Attorneys for Defendant-Intervenors SAN LUIS &
DELTA-MENDOTA WATER AUTHORITY and
WESTLANDS WATER DISTRICT

DATED: December ___, 2005

_____
BRENDA JAHNS SOUTHWICK
RONDA AZEVEDO LUCAS
Attorneys for Defendant-Intervenor
CALIFORNIA FARM BUREAU FEDERATION

## ORDER

The Court, having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated: _____, 2005

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

STIP. AND [PROPOSED] ORDER FOR INTERVENTION BY GCID, ET AL.                    4

```
                    SUE ELLEN WOOLDRIDGE
                    Assistant Attorney General
                    JEAN E. WILLIAMS, Section Chief
                    SETH BARSKY, Assistant Section Chief
```

DATED: December __, 2005

```
                    _____
                    JAMES A. MAYSONETT,
                    Trial Attorney (D.C. Bar No. 463856)
                    Environment & Natural Resources Division
                    U.S. Department of Justice
                    Benjamin Franklin Station, P.O. Box 7369
                    Washington, D.C. 20044-7369
                    Telephone: (202) 305-0216
                    Facsimile: (202) 305-0275
                    Attorneys for The Federal Defendants
```

```
                    KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                    A Professional Corporation
```

DATED: December __, 2005

```
                    By_____
                       Daniel J. O'Hanlon
                       Attorneys for Defendant Intervenors SAN LUIS &
                       DELTA-MENDOTA WATER AUTHORITY and
                       WESTLANDS WATER DISTRICT
```

DATED: December 14, 2005

```
                    _____
                    BRENDA JAHNS SOUTHWICK
                    RONDA AZEVEDO LUCAS
                    Attorneys for Defendant-Intervenor
                    CALIFORNIA FARM BUREAU FEDERATION
```

## ORDER

The Court, having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated: Jan. 3, 2006

```
                    _____
                    JOSEPH C. SPERO
                    UNITED STATES MAGISTRATE JUDGE
```

STIP. AND [PROPOSED] ORDER FOR INTERVENTION BY GCID, ET AL. — 4

CERTIFICATE OF SERVICE AND E-FILING

I am employed in the County of Sacramento; my business address is 813 Sixth Street, Third Floor, Sacramento, California; I am over the age of 18 years and not a party to the foregoing action.

On December 27, 2005, I served the following document by e-filing a true and correct copy of the same with the Northern District Court of California:

STIPULATION AND [PROPOSED] ORDER FOR INTERVENTION BY GLENN-COLUSA IRRIGATION DISTRICT, ET AL.

I also served the above document by e-mail on the below listed parties who do not currently receive electronic notice from the Court in this action:

| | |
|---|---|
| J. Mark Atlas<br>Frost, Krup And Atlas<br>134 West Sycamore<br>Willows, CA 95988<br>Phone: (530) 934-5416<br>Fax: (530) 934-3508<br>Email: jma@jmatlaslaw.com | Attorneys for [Proposed] Intervenors Princeton-Codora-Glenn Irrigation District and Provident Irrigation District |
| Kevin M. O'Brien<br>Steven P. Saxton<br>Downey Brand LLP<br>555 Capitol Mall, 10th Floor<br>Sacramento, CA 95814-4686<br>Phone: (916) 444-1000<br>Fax: (916) 444-2100<br>Email: kobrien@downeybrand.com<br>ssaxton@dbsr.com | Attorneys for [Proposed] Intervenors Reclamation District 108, Natomas Central Mutual Water Co., Pelger Mutual Water Co., River Garden Farms, and Pleasant Grove-Verona Mutual Water Company |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 27, 2005, at Sacramento, California.

_____
Crystal Rivera

CERTIFICATE OF SERVICE AND E-FILING   1