

BOZEMAN, MONTANA   DENVER, COLORADO   HONOLULU, HAWAII
INTERNATIONAL   JUNEAU, ALASKA   OAKLAND, CALIFORNIA
SEATTLE, WASHINGTON   TALLAHASSEE, FLORIDA   WASHINGTON, D.C.

January 11, 2006

Hon. Joseph C. Spero
United States Magistrate Judge
450 Golden Gate Avenue
San Francisco, CA  94102

Re: *Pacific Coast Federation of Fishermens' Associations v. Gutierrez*,
Civ. No. 05-3232 JCS

Dear Judge Spero,

I am lead attorney of record for plaintiffs in this case.  I am writing at the suggestion of Courtroom Deputy Karen Hom.

The federal defendants' motion to transfer this case to the Fresno Division of the Eastern District of California is set for hearing before Your Honor on Friday, January 20, 2006 at 1:30 p.m.

I will be on medical leave on that date, and my co-counsel Trent Orr and Andrea Treece will therefore argue plaintiffs' opposition to the motion to transfer.  However, I am very interested in the motion and the arguments and respectfully ask permission to attend the hearing from home by way of conference telephone call.  I would not participate in the hearing but would only listen.

If this is acceptable to the Court, please advise Andrea Treece at the above address, as today is my last day in the office.

Respectfully submitted,

/s/ Michael R. Sherwood
MICHAEL R. SHERWOOD
Attorney for Plaintiffs Pacific Coast Federation
of Fishermens' Associations, et al.

cc:  Counsel of record        Dated: January 13, 2006

IT IS SO ORDERED
Judge Joseph C. Spero

426 SEVENTEENTH STREET, 5TH FLOOR    OAKLAND, CA 94612-2807
T: 510.550.6725    F: 510.550.6749    E: eajusca@earthjustice.org    W: www.earthjustice.org