

**U.S. Department of Justice**

Environment and Natural Resources Division

90-8-6-06047

*Wildlife and Marine Resources Section*   *Telephone (202) 305-0210*
*P.O. Box 7369*   *Facsimile (202) 305-0275*
*Ben Franklin Station*
*Washington, DC 20044-7369*

January 13, 2006

The Honorable Joseph C. Spero
United States Magistrate Judge
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Request to Appear by Telephone in *Pacific Coast Federation of Fishermens'
Associations v. Gutierrez*, Civ. No. 05-3232-JCS (N.D. Cal.)

Dear Judge Spero:

    This Court has set oral argument on Federal Defendants' pending motion to transfer in the referenced case for 1:30 p.m. on Friday, January 20, 2006. The Court has also set a Case Management Conference for this matter at that time.

    Counsel for Federal Defendants respectfully requests permission to appear at the motions hearing and case management conference by telephone. Counsel for Federal Defendants is located in Washington, D.C. and would be required to spend two days in travel if he appears in person for the hearing and conference. It would be difficult for counsel for Federal Defendants to conduct such travel at this time as a result of recent emergency motions practice and pending briefing obligations in other matters. (If, however, the Court should deny this request, counsel for Federal Defendant will, of course, appear in person at the hearing and conference.)

    Counsel for Federal Defendants has consulted with Plaintiffs' counsel, counsel for Defendant-Intervenors San Luis and Delta-Mendota Water Authority and the Westlands Water District, and counsel for the California Farm Bureau Federation. They do not oppose the appearance of counsel for the Federal Defendants by telephone.

    If the Court grants this request, counsel for Federal Defendants will make all necessary arrangements to appear by telephone. In addition, Federal Defendants can also arrange to allow Michael R. Sherwood, counsel for Plaintiffs, to attend the hearing by telephone on the same conference call-in number, pursuant to his request of January 11, 2006.

    Sincerely,

    /s/ James A. Maysonett

    _____
    James A. Maysonett, Trial Attorney
    Attorney for Federal Defendants

cc: All counsel of record (by ECF)

Dated: January 17, 2006



IT IS SO ORDERED
Judge Joseph C. Spero